1  JOSHUA E. KIRSCH (179110)
   GIBSON ROBB & LINDH LLP
2  100 First Street, 27th Floor
   San Francisco, California 94105
3  Telephone: (415) 348-6000
   Facsimile: (415) 348-6001
4
   Attorneys for Plaintiff
5  RLI INSURANCE CORPORATION

E-filing

6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9
10 RLI INSURANCE COMPANY, a      ) Case No.
   corporation;                  )
11                               ) **COMPLAINT FOR NON-DELIVERY OF**
          Plaintiff,             ) **OCEAN CARGO**
12                               )
                                 ) ($37,654.85)
13     v.                        )
                                 )
14 HYUNDAI MERCHANT MARINE CO.,  )
   LTD., a foreign corporation;  )
15                               )
          Defendant.             )
16 _____)

17  Plaintiff alleges as follows:

18      1.      Plaintiff RLI INSURANCE COMPANY is now, and at all times material was, an

19  Illinois corporation, duly organized and existing by virtue of law, and plaintiff was the insurer of

20  the hereinafter described cargo.

21      2.      Plaintiff is informed and believes and on the basis of that information and belief

22  alleges that HYUNDAI MERCHANT MARINE CO., LTD., a foreign corporation, is now and at

23  all times material was engaged in business as a common carrier for hire in international

24  commerce from Asia to the United States, in this District.

25      3.      The claims alleged herein are admiralty-maritime claims within the meaning of

26  FRCP 9(h) and fall under the admiralty-maritime jurisdiction of this Court. Accordingly, this

27  Court has jurisdiction over these claims pursuant to 28 U.S.C. §1333. Defendant resides in this

28  district and venue is therefore proper under 28 U.S.C. 1391(b).

---

COMPLAINT FOR NON-DELIVERY OF CARGO
Case No. _____ ; File No. 5473.95

- 2 -

1    4.    Plaintiff is informed and believes and on the basis of such information and belief alleges that on or about November 26, 2006, at Kota Kinabalu, Malaysia, defendant received a cargo of 1,706 crates of plywood, for carriage under bills of lading numbers HDMUKKOCM6110103, HDMUKKOCM6110104, HDMUKKOCM6110127, HDMUKKOCM6110125, HDMUKKOCM6110212, HDMUKKOCM6110111, HDMUKKOCM6110142, HDMUKKOCM6110137, HDMUKKOCM6110122, HDMUKKOCM6110113, HDMUKKOCM6110220, HDMUKKOCM6110134 and others, issued by and/or on behalf of said defendant. Defendant agreed, under contracts of carriage and in return for good and valuable consideration, to carry said cargo from Malaysia to Camden, New Jersey, and there deliver said cargo to the lawful holder of the aforementioned bills of lading, and others, in the same good order, condition, and quantity as when received.

6.    Thereafter, in breach of and in violation of said agreements, defendant did not deliver said cargo in the same good order, condition, and quantity as when received at Malaysia. To the contrary, at Camden, said defendant delivered the cargo short. The reasonable value of the non-delivered cargo was $37,654.85, or another amount according to proof at trial.

7.    Plaintiff has therefore been damaged in the sum of at least $37,654.85, no part of which has been paid, despite demand therefor.

WHEREFORE, plaintiff prays that this Court enter judgment in its favor and against defendant; that this Court decree payment by defendants to plaintiff in the amount of $37,654.85, together with prejudgment interest thereon and costs of suit herein; and that plaintiff have such other and further relief as in law and justice it may be entitled to receive.

Dated: May 21, 2008

Respectfully submitted,

GIBSON ROBB & LINDH LLP

Joshua E. Kirsch
Attorneys for Plaintiff
RLI INSURANCE COMPANY