1  JOSHUA E. KIRSCH (179110)
   GIBSON ROBB & LINDH LLP
2  100 First Street, 27th Floor
   San Francisco, California 94105
3  Telephone: (415) 348-6000
   Facsimile: (415) 348-6001
4
   Attorneys for Plaintiff     E-filing
5  RLI INSURANCE CORPORATION

6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9  RLI INSURANCE COMPANY, a              )   Case No. CV 08 2566 MEJ
10 corporation;                          )
                                         )   **CERTIFICATE OF INTERESTED**
11         Plaintiff,                    )   **PARTIES**
                                         )
12                                       )   ($37,654.85)
           v.                            )
13                                       )
                                         )
14 HYUNDAI MERCHANT MARINE CO.,          )
   LTD., a foreign corporation;          )
15                                       )
           Defendant.                    )
16 _____)

17         The undersigned, counsel of record for plaintiff RLI INSURANCE CORPORATION,

18 states that pursuant to FRCP 7.1, there is no such organization to disclose within the meaning of

19 that rule.

20

21

22 DATED: May 21, 2008             GIBSON ROBB & LINDH LLP

23

24
                                    _____
25                                  Joshua E. Kirsch
                                    Attorney for Plaintiff
26                                  RLI INSURANCE CORPORATION.

27

28

CERTIFICATE OF INTERESTED PARTIES
CASE NO. _____; OUR FILE NO. 5473.95