```
1   Joshua E. Kirsch, Bar No: 179110        (415) 348-6000
2   GIBSON, ROBB & LINDH
    100 First Street
3   San Francisco, CA 94105

4   Representing: Plaintiff                 File No.5473.95
```

United States District Court

Northern District of California

| | |
|---|---|
| RLI INSURANCE COMPANY, a corporation <br><br> Plaintiff/Petitioner <br><br> vs <br><br> HYUNDAI MERCHANT MARINE CO., LTD., a foreign corpo <br><br> Defendant/Respondent | Case No: CV-08-2566 <br><br> Proof of Service of: <br> Civil Case Cover Sheet, Summons in a Civil Action, COMPLAINT FOR NON-DELIVERY OF OCEAN CARGO , Certificate of Interested Parties, Notice of Assignment of Case, Order Setting Initial Case Management Conference and ADR Deadlines, Case Management Standing Order <br> Service on: <br> Hyundai Merchant Marine Co., LTD., a foreign corporation <br><br> Hearing Date:8/28/2008 <br> Hearing Time:10:00 AM <br> Div/Dept:Ctrm. |

BY FAX

PROOF OF SERVICE

BY FAX

FF# 6663142

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Joshua E. Kirsch, 179110<br>GIBSON, ROBB & LINDH<br>100 First Street 27th Floor<br>San Francisco, CA 94105<br>TELEPHONE NO.: (415) 348-6000<br>ATTORNEY FOR (Name): Plaintiff | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 | |

| PLAINTIFF/PETITIONER: RLI INSURANCE COMPANY, a corporation | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: HYUNDAI MERCHANT MARINE CO., LTD., a foreig | CV-08-2566 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>5473.95 |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Civil Case Cover Sheet, Summons in a Civil Action, COMPLAINT FOR NON-DELIVERY OF OCEAN CARGO, Certificate of Interested Parties, Notice of Assignment of Case, Order Setting Initial Case Managem Conference and ADR Deadlines, Case Management Standing Order Magistrate Maria-Elena James, US Distric Court Northern California ECF Registratioin Information Handout, Filing Guidelines

3. a. Party served: Hyundai Merchant Marine Co., LTD., a foreign corporation

   b. Person Served: David Arsenault - Person authorized to accept service of process

4. Address where the party was served: 10 Pointe Drive, Suite 460
   Brea, CA 92821

5. I served the party
   b. by substituted service. On (date): 6/3/2008        at (time): 2:20 PM    I left the documents listed in item 2 with or in the presence of: Brenda Rodriguez - Person In Charge
   
   (2)     a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   
   (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:
   
   Hyundai Merchant Marine Co., LTD., a foreign corporation
   
   under:    CCP 416.10 (corporation)

7. Person who served papers
   a. Name:           Edward Kusinsky
   b. Address:        One Legal - 194-Marin
                      504 Redwood Blvd #223
                      Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 85.25
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 1826
         (iii) County ORANGE

**BY FAX**

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 6/3/2008

Edward Kusinsky
(NAME OF PERSON WHO SERVED PAPERS)                                                *Edward Kusinsky* (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]                          **PROOF OF SERVICE OF SUMMONS**                Code of Civil Procedure, § 417.10

FF# 6663142