| | | |
|---|---|---|
| 1 | Joshua E. Kirsch, Bar No: 179110 | (415) 348-6000 |
| 2 | GIBSON, ROBB & LINDH | |
|   | 100 First Street | |
| 3 | San Francisco, CA 94105 | |
| 4 | Representing: Plaintiff | File No.5473.95 |

United States District Court

Northern District of California

RLI INSURANCE COMPANY, a corporation

       Plaintiff/Petitioner

vs

HYUNDAI MERCHANT MARINE CO., LTD., a foreign corpo

       Defendant/Respondent

Case No: CV-08-2566

Proof of Service of:
    Civil Case Cover Sheet, Summons in a Civil Action, COMPLAINT FOR NON-DELIVERY OF OCEAN CARGO, Certificate of Interested Parties, Notice of Assignment of Case, Order Setting Initial Case Management Conference and ADR Deadlines, Case Management Standing Order

Service on:
    Hyundai Merchant Marine Co., LTD., a foreign corporation

Hearing Date:8/28/2008

Hearing Time:10:00 AM

Div/Dept:Ctrm.

BY FAX

PROOF OF SERVICE

BY FAX

FF# 6663142

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Joshua E. Kirsch, 179110<br>GIBSON, ROBB & LINDH<br>100 First Street 27th Floor<br>San Francisco, CA 94105 | (415) 348-6000 | |
| | Ref. No. or File No. | |
| ATTORNEY FOR (Name): Plaintiff | 5473.95 | |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

RLI INSURANCE COMPANY, a corporation

DEFENDANT:

HYUNDAI MERCHANT MARINE CO., LTD., a foreign corpo

| PROOF OF SERVICE BY MAIL | | | | CASE NUMBER:<br>CV-08-2566 |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On 6/3/2008, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

Civil Case Cover Sheet, Summons in a Civil Action, COMPLAINT FOR NON-DELIVERY OF OCEAN CARGO, Certificate of Interested Parties, Notice of Assignment of Case, Order Setting Initial Case Management Conference and ADR Deadlines, Case Management Standing Order Magistrate Maria-Elena James, US District Court Northern California ECF Registratioin Information Handout, Filing Guidelines

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

Hyundai Merchant Marine Co., LTD., a foreign corporation
David Arsenault
10 Pointe Drive, Suite 460
Brea, CA 92821

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

BY FAX

$ 85.25

*Miriam Flores*

One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 6/3/2008 at Los Angeles, California.

FF# 6663142