1  JOSHUA E. KIRSCH (179110)
   GIBSON ROBB & LINDH LLP
2  100 First Street, 27th Floor
   San Francisco, California 94105
3  Telephone: (415) 348-6000
   Facsimile: (415) 348-6001
4
   Attorneys for Plaintiff
5  RLI INSURANCE CORPORATION

6

7                UNITED STATES DISTRICT COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9
   RLI INSURANCE COMPANY, a          )   Case No. 08 - CV - 2566
10 corporation;                       )
                                      )   **REQUEST FOR DISMISSAL**
11         Plaintiff,                 )
                                      )
12                                    )
           v.                         )
13                                    )
                                      )
14 HYUNDAI MERCHANT MARINE CO.,       )
   LTD., a foreign corporation;       )
15                                    )
           Defendant.                 )
16 _____    )

17     Plaintiff hereby dismisses this action with prejudice pursuant to FRCP 41(a) (1)(A)(i).

18 Dated: July 22, 2008              GIBSON ROBB & LINDH LLP

19
                                     [signature]
20                                   _____
                                     Joshua E. Kirsch
21                                   Attorney for Plaintiff
                                     RLI INSURANCE CORPORATION
22

REQUEST FOR DISMISSAL
Case No 08 - CV - 2566, File No 5473 95