1   JOSHUA E. KIRSCH (179110)
    GIBSON ROBB & LINDH  LLP
2   100 First Street, 27th Floor
    San Francisco, California  94105
3   Telephone: (415) 348-6000
    Facsimile: (415) 348-6001
4
    Attorneys for Plaintiff
5   RLI INSURANCE CORPORATION

6

7                  UNITED STATES DISTRICT COURT

8               NORTHERN DISTRICT OF CALIFORNIA

9
    RLI INSURANCE COMPANY, a              )    Case No. 08 - CV - 2566
10  corporation;                          )
                                          )    **REQUEST FOR DISMISSAL**
11           Plaintiff,                   )
                                          )
12                                        )    ORDER DISMISSING CASE, CLOSING
        v.                                )    FILE
13                                        )
                                          )
14  HYUNDAI MERCHANT MARINE CO.,          )
    LTD., a foreign corporation;          )
15                                        )
             Defendant.                   )
16  _____  )

17       Plaintiff hereby dismisses this action with prejudice pursuant to FRCP 41(a) (1)(A)(i).

18  Dated: July 22, 2008            GIBSON ROBB & LINDH LLP

19

20

21                                  Joshua E. Kirsch
                                    Attorney for Plaintiff
22                                  RLI INSURANCE CORPORATION

23  The Clerk of Court shall close the file

24

25  Dated: July 23, 2008

26                                  IT IS SO ORDERED

27                                  Judge Maria-Elena James

28

REQUEST FOR DISMISSAL
Case No 08 - CV - 2566, File No  5473 95